IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JERRY HANNAH, #1565362 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:17cv552 |
| GENGORL. IVY, ET AL. | § | |

ORDER OF DISMISSAL

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's motion for dismissal construed as a motion to voluntarily dismiss the lawsuit (Dkt. #13) is **GRANTED** and the complaint is **DISMISSED** without prejudice. Fed. R. Civ. P. 41(a)(1). All other motions not previously ruled on are **DENIED**.

**So Ordered and Signed**

**Jan 4, 2018**

_____

Ron Clark, United States District Judge